NUMBER 13-90-00315-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ROBERT ROGERS AND JOAN ROGERS, Appellants,


v.



KERNS FINANCIAL, INC., DAVIS 

ADVISORY GROUP, INC., ET AL., Appellees. 

_____________________________________________________________


On appeal from the 24th District Court 


of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellants, Robert Rogers and Joan Rogers, perfected an appeal from a judgment
entered by the 24th District Court of Victoria County, Texas, in cause number 87-3-36,622-A. Appellants have filed a motion to dismiss the appeal and request that this Court dismiss
the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellants' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and

filed this 11th day of June, 2009.